# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

EDWARD MARTINS,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-683-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

**Judgment is entered in favor of plaintiff.**

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

**/s/ M. Hardin**
_____
**by Deputy Clerk**

_____4/23/08_____
Date